# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NATIONWIDE JUDGMENT
RECOVERY, INC.,**

    *Plaintiff,*

v.                                      Case No.: 4:20mc7-MW/MAF

**TERRALYNN HOY,**

    *Defendant,*

v.

**BANK OF AMERICA, N.A.,
et al.,**

    *Garnishees.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 51, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is

**DISMISSED** for failure to prosecute and failure to respond to a Court Order, and the writs of garnishment are hereby **DISSOLVED**." The Clerk shall close the file.

**SO ORDERED on July 19, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
